1

2

3

4

5

6

7      IN THE UNITED STATES DISTRICT COURT

8      FOR THE EASTERN DISTRICT OF CALIFORNIA

9  DALE HAWKINS,

10          Plaintiff,                    No. CIV S-10-1544 DAD P

11      vs.

12  A. HEDGPETH, et al.,

13          Defendants.                   ORDER

14  _____/

15          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

16  to 42 U.S.C. § 1983,[1] together with a request to proceed in forma pauperis.  In light of the 1996

17  amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

18  forma pauperis.

19          The federal venue statute requires that a civil action, other than one based on

20  diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

21  defendants reside in the same State, (2) a judicial district in which a substantial part of the events

22  or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

23  of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

24  no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

25  _____

26      [1]Although plaintiff filed his claim on the form for a writ of habeas corpus petition, the
    court is construing this as a civil rights action brought pursuant to 42 U.S.C. § 1983.

1

1    In this case, all of the named defendants are located, and plaintiff's claim arose, in

2  Monterey County, which is located within the Northern District of California.  Therefore,

3  plaintiff's complaint should have been filed in the United States District Court for the Northern

4  District of California.  In the interest of justice, a federal court may transfer a complaint filed in

5  the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d

6  918, 932 (D.C. Cir. 1974).

7    Accordingly, IT IS HEREBY ORDERED that:

8    1.  This court has not ruled on plaintiff's request to proceed in forma pauperis; and

9    2.  This matter is transferred to the United States District Court for the Northern

10 District of California.

11 DATED: June 25, 2010.

12

13    _____

14    DALE A. DROZD
      UNITED STATES MAGISTRATE JUDGE

15

16 DAD:kly:sj
   hawk1544.21a

17

18

19

20

21

22

23

24

25

26